# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

KOHLER CO.,

        Plaintiff,

    v.

AS AMERICA, INC. d/b/a AMERICAN
STANDARD BRANDS,

        Defendant.

Case No. _____

## COMPLAINT

Plaintiff, Kohler Co., for its Complaint against Defendant, AS America, Inc. d/b/a American Standard Brands, hereby states as follows:

## PARTIES AND JURISDICTION

1.      Kohler Co. is a Wisconsin corporation with its principal place of business at 444 Highland Drive, Kohler, Wisconsin 53044.

2.      Upon information and belief, AS America, Inc. d/b/a American Standard Brands is a Delaware corporation with a principal place of business at 1 Centennial Avenue, Piscataway, New Jersey 08855, and has substantial contacts with this judicial district due to its advertising, distribution, and sale of its products throughout the United States, including in the State of Wisconsin.  Personal jurisdiction exists over AS America, Inc. d/b/a American Standard Brands because it is engaged in substantial and not isolated activities in the State of Wisconsin, Wis. Stat. § 801.05(1)(d), and because it committed acts both inside and outside Wisconsin that caused Plaintiff Kohler Co. damage inside this state, Wis. Stat. § 801.05(3), (4). Solicitation or service activities are carried on in Wisconsin by or on behalf of AS America,

Inc. d/b/a American Standard Brands, and products, materials, or things processed, serviced, or manufactured by it were used or consumed within Wisconsin in the ordinary course of trade.

3.     This Court has jurisdiction because: (a) this is an action brought under the Trademark Laws of the United States (15 U.S.C. §§ 1051, *et seq.*), jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a); (b) this action includes claims of unfair competition joined with a substantial and related claim arising under the Trademark Laws of the United States, jurisdiction being conferred in accordance with 28 U.S.C. § 1338(b); (c) this is a civil action between citizens of different states in which the value of the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, jurisdiction being conferred in accordance with 28 U.S.C. § 1332(a); and (d) this action includes certain state law claims that are so related to claims within such original jurisdiction that they form part of the same case or controversy, supplemental jurisdiction being conferred in accordance with 28 U.S.C. § 1367.

4.     Venue is proper in this Court under 28 U.S.C. § 1391(b) and (c).

## FACTS

### Kohler's ONE Trademark and Products

5.     Founded in 1873, Kohler Co. ("Kohler") is a leading manufacturer of plumbing and bathroom products in the United States.

6.     Since 2001, Kohler, through its Kallista division, has manufactured, advertised, and sold plumbing and bathroom products, including faucets, bath spouts, hand showers, shower heads, bidet faucets, valve trim, water control valves, towel bars, robe hooks, and toilet tissue holders, throughout the United States under the arbitrary and distinctive trademark ONE. Attached as Exhibit A are representative examples of Kohler's ONE products.

7.      As a result of Kohler's continuous and successful promotion and sale of products under its ONE trademark, Kohler's ONE trademark has become recognized in the marketplace as signifying Kohler's products, and now represents an extraordinarily valuable goodwill owned by Kohler.

## Defendant and Its Unlawful Activities

8.      AS America, Inc. d/b/a American Standard Brands ("American Standard") manufactures, advertises, and sells plumbing and bathroom products in the United States.

9.      On January 25, 2006, American Standard filed with the United States Patent and Trademark Office an intent-to-use application to register the trademark ONE for "faucets, bath and shower valves", Application Serial No. 78/799,221.

10.     On January 29, 2007, Kohler timely objected to American Standard's application to register the trademark ONE by filing an opposition with the United States Patent and Trademark Office, Opposition No. 91175700.  As grounds for the opposition, Kohler asserted that American Standard's proposed use of the trademark ONE was likely to cause confusion, mistake, or deception with Kohler's prior use of the identical trademark ONE for identical products.

11.     On January 9, 2008, while a motion to compel was pending against it in that opposition proceeding, American Standard expressly abandoned its application to register the trademark ONE, without Kohler's consent.

12.     On February 6, 2008, the United States Patent and Trademark Office's Trademark Trial and Appeal Board entered judgment in favor of Kohler and against American Standard in the opposition over American Standard's application to register the trademark ONE, Opposition No. 91175700.

13.     Despite expressly abandoning its trademark application and having judgment entered against it, American Standard is now manufacturing, advertising, and selling plumbing and bathroom products in connection with the trademark ONE.  Attached as Exhibit B are representative examples of American Standard's use of the trademark ONE.

14.     American Standard continues use of ONE as a trademark in connection with the manufacture, advertising, and sale of plumbing and bathroom products with full knowledge of Kohler's prior use of the trademark ONE for identical products.

15.     American Standard's aforesaid activities are without Kohler's consent.

16.     On February 6, 2009, Kohler sent American Standard a letter demanding that it cease use of the trademark ONE in connection with plumbing and bathroom products.

17.     In a letter dated March 6, 2009, counsel for American Standard stated that American Standard would not cease using the trademark ONE.

18.     As of the filing date of this Complaint, American Standard continues to manufacture, advertise, and sell plumbing and bathroom products in connection with the trademark ONE.

## COUNT I
## (UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN)

19.     Kohler re-alleges paragraphs 1 through 18.

20.     As a result of its unauthorized use of the trademark ONE in connection with the manufacture, advertising, and sale of plumbing and bathroom products, American Standard is likely to cause confusion, mistake, or deception, in that consumers are likely to believe that American Standard or its products are sponsored by, or connected or affiliated with, Kohler or Kohler's ONE products.  Thus, American Standard's acts constitute unfair competition and a

false designation of origin, in violation of the Trademark Laws of the United States, 15 U.S.C. § 1125(a).

21.     By reason of American Standard's acts, Kohler has suffered and will continue to suffer damage and injury to its business, reputation, and goodwill, and will sustain loss of revenues and profits.

22.     American Standard's actions greatly and irreparably damage Kohler, and will continue to damage Kohler unless restrained by this Court; therefore, Kohler is without an adequate remedy at law.

**COUNT II**
**(TRADEMARK INFRINGEMENT AND UNFAIR**
**COMPETITION UNDER WISCONSIN COMMON LAW)**

23.     Kohler re-alleges paragraphs 1 through 22.

24.     As a result of its unauthorized use of the trademark ONE in connection with the manufacture, advertising, and sale of plumbing and bathroom products, American Standard is likely to cause confusion, mistake, or deception, in that consumers are likely to believe that American Standard or its products are sponsored by, or connected or affiliated with, Kohler or Kohler's ONE products.  Thus, American Standard's acts constitute trademark infringement and unfair competition in violation of the common law of the State of Wisconsin.

25.     By reason of American Standard's acts, Kohler has suffered and will continue to suffer damage and injury to its business, reputation, and goodwill, and will sustain loss of revenues and profits.

26.     American Standard's acts greatly and irreparably damage Kohler, and will continue to damage Kohler unless restrained by this Court; therefore, Kohler is without an adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Kohler Co., prays that:

1.     Defendant, its officers, agents, servants, employees, attorneys, representatives, successors and assigns, and any and all persons acting by, through or under the authority of Defendant, be permanently enjoined and restrained from:

(a)     using the ONE trademark, or any colorable imitation of the ONE trademark, or any name or trademark that is confusingly similar to the ONE trademark;

(b)     doing any act or engaging in any conduct that is likely to diminish the value and goodwill owned by Plaintiff in its ONE trademark; and

(c)     doing any other act or thing likely to induce the belief that Defendant's business or products are in any way connected with Plaintiff's business or products, or are sponsored or approved by Plaintiff.

2.     Defendant be required:

(a)     to account for and pay to Plaintiff all gains, profits, enrichments, and advantages wrongfully derived by Defendant through its trademark infringement, false designation of origin, and unfair competition, including prejudgment interest, in accordance with 15 U.S.C. § 1117(a) and the laws of the State of Wisconsin;

(b)     to pay to Plaintiff the actual damages suffered by Plaintiff through Defendant's trademark infringement, false designation of origin, and unfair competition, including prejudgment interest, in accordance with 15 U.S.C. § 1117(a) and the laws of the State of Wisconsin;

(c)     to pay to Plaintiff three times the damages suffered by Plaintiff by reason of intentional and unlawful acts of Defendant, in accordance with 15 U.S.C. § 1117(a);

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 6 of 25   Document 1

(d)     to reimburse Plaintiff for its reasonable attorneys' fees and costs incurred

in connection with this action, as provided in 15 U.S.C. § 1117; and

(e)     to file with this Court and serve on counsel for Plaintiff within thirty (30)

days after entry of an injunction issued by this Court, a sworn written statement as

provided in 15 U.S.C. § 1116.

3.     This Court award Plaintiff such further relief as deemed just and equitable.

## JURY DEMAND

Plaintiff hereby demands trial by jury for all issues so triable.

Respectfully submitted,

WHYTE HIRSCHBOECK DUDEK S.C.

Dated: July 20, 2009

By: _____
Donald A. Daugherty, Jr.
Lisa M. Arent
555 East Wells Street, Suite 1900
Milwaukee, Wisconsin  53202
(414) 273-2100
Fax: (414) 223-5000
E-mail: ddaugherty@whdlaw.com
E-mail: larent@whdlaw.com

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP
Mark V. B. Partridge
Bradley L. Cohn
Kristen S. Knecht
311 South Wacker Drive, Suite 5000
Chicago, Illinois  60606
(312) 554-8000
Fax: (312) 554-8015
E-mail: mpartridge@pattishall.com
E-mail: bcohn@pattishall.com
E-mail: kknecht@pattishall.com

Attorneys for Plaintiff, Kohler Co.

# EXHIBIT A

# KALLISTA.

## ONE

Sophisticated modern, the One collection by Kallista infuses minimalist design elements with the essence of warmth and generosity. Embracing the discipline of geometry simply and completely, the One collection blends precision with thoughtfully proportioned components.

## BATHROOM PRODUCTS



Faucets (19)          Showering (22)          Accessories (6)

## KITCHEN PRODUCTS



Faucets (6)

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 9 of 25   Document 1

# KALLISTA.

## ONE

View Page-by-Page    **View All**

### ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Basin Set, Low-Spout Cross Handles | P24401-CR | See Details | $791.00* |



### ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Basin Set, Low-Spout, Lever Handles | P24401-LV | See Details | $791.00* |



### ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Basin Set, Tall Spout, Cross Handles | P24402-CR | See Details | $791.00* |



### ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Basin Set, Tall Spout, Lever Handles | P24402-LV | See Details | $791.00* |



### ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 10 of 25   Document 1

| | Wall-Mounted Basin Set, 7-1/8" Spout, Cross Handles | P24410-CR | See Details | $777.00* |
|---|---|---|---|---|



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Wall-Mounted Basin Set, 7-1/8" Spout, Lever Handles | P24410-LV | See Details | $777.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Wall-Mounted Basin Set, 11-1/8" Spout, Cross Handles | P24411-CR | See Details | $838.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Wall-Mounted Basin Set, 11-1/8" Spout, Lever Handles | P24411-LV | See Details | $838.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Deck-Mounted Bath Set, Low-Spout, Cross Handles | P24404-CR | See Details | $969.00* |



## ONE

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 11 of 25   Document 1

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Deck-Mounted Bath Set, Low-Spout, Lever Handles | P24404-LV | See Details | $969.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Deck-Mounted Bath Set, Tall Spout, Cross Handles | P24405-CR | See Details | $969.00* |

KALLISTA

NO PHOTO AVAILABLE

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Deck-Mounted Bath Set, Tall Spout, Lever Handles | P24405-LV | See Details | $969.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Deck Diverter, Cross Handle | P24420-CR | See Details | $331.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Deck Diverter, Lever Handle | P24420-LV | See Details | $331.00* |

KALLISTA

NO PHOTO AVAILABLE

## ONE

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 12 of 25   Document 1

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Wall-Mounted Bath Set, Cross Handles | P24425-CR | See Details | $872.00* |

KALLISTA

NO PHOTO AVAILABLE

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Wall-Mounted Bath Set, Lever Handles | P24425-LV | See Details | $872.00* |

KALLISTA

NO PHOTO AVAILABLE

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Wall-Mounted Bath Spout | P24414-00 | See Details | $238.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Bidet Set, Vertical Spray, Cross Handles | P24406-CR | See Details | $909.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Bidet Set, Vertical Spray, Lever Handles | P24406-LV | See Details | $909.00* |

## ONE

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 13 of 25   Document 1

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Wall-Mounted Showerhead with Arm | P24471-00 | See Details | $355.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Raindome | P24473-00 | See Details | $1,182.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Wall-Mounted Showerarm | P24474-00 | See Details | $366.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Ceiling-Mounted Showerarm | P24476-00 | See Details | $247.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Wall Supply Elbow | P24452-00 | See Details | $98.00* |

## ONE

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 14 of 25   Document 1

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Fixed Wall Bracket | P24453-00 | See Details | $98.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Slidebar | P24456-00 | See Details | $443.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Thermostatic Valve Trim, Cross Handles | P24421-CR | See Details | $744.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Thermostatic Valve Trim, Cross Handle | P24422-CR | See Details | $744.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Thermostatic Valve Trim, Lever Handle | P24422-LV | See Details | $744.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Thermostatic Valve Trim, Lever Handles | P24421-LV | See Details | $744.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Volume Control Valve Trim, Cross Handle | P24423-CR | See Details | $274.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Volume Control Valve Trim, Lever Handle | P24423-LV | See Details | $274.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Three-way Transfer Valve Trim, Cross Handle | P24483-CR | See Details | $343.00* |

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Three-way Transfer Valve Trim, Lever Handle | P24483-LV | See Details | $343.00* |

## ONE

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 16 of 25   Document 1

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Pressure Balance Valve Trim, Cross Handles | P24415-CR | See Details | $610.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Pressure Balance Valve Trim, Lever Handles | P24415-LV | See Details | $610.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Pressure Balance Valve Trim with Diverter, Cross Handle | P24416-CR | See Details | $668.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Pressure Balance Valve Trim with Diverter, Lever Handle | P24416-LV | See Details | $668.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Wand Handshower | P24443-00 | See Details | $265.00* |

## ONE

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 17 of 25   Document 1

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Multi-Function Handshower | P24445-00 | See Details | $426.00* |



ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Single-Function Handshower | P24446-00 | See Details | $426.00* |



ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Towel Bar, 24" | P34401-00 | See Details | $318.00* |



ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Towel Bar, 18" | P34402-00 | See Details | $286.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Double Towel Bar, 32" | P34403-00 | See Details | $397.00* |



ONE

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 18 of 25   Document 1

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Hook | P34406-00 | See Details | $93.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Hook | P34407-00 | See Details | $93.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Toilet Paper Holder | P34408-00 | See Details | $156.00* |

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Deck-Mounted Bridge Kitchen Faucet, Cross Handles | P25202-CR | See Details | $730.00* |

KALLISTA
NO PHOTO AVAILABLE

ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---------|---------|------------|-------------|
| Deck-Mounted Bridge Kitchen Faucet, Lever Handles | P25202-LV | See Details | $730.00* |

KALLISTA
NO PHOTO AVAILABLE

ONE

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 19 of 25   Document 1

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Wall-Mounted Bridge Kitchen Faucet, Cross Handles | P25203-CR | See Details | $860.00* |

KALLISTA

NO PHOTO AVAILABLE

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Wall-Mounted Bridge Kitchen Faucet, Lever Handles | P25203-LV | See Details | $860.00* |

KALLISTA

NO PHOTO AVAILABLE

## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Wall-Mounted Potfiller | P23080-00 | See Details | $948.00* |



## ONE

| PRODUCT | MODEL # | DIMENSIONS | STARTING AT |
|---|---|---|---|
| Deck-Mounted Potfiller | P23085-00 | See Details | $1,053.00* |



* All prices are Manufacturer's Suggested List Prices in U.S. dollars. The price you pay at your local supply outlet may be different than the Manufacturer's Suggested List Price. These prices supersede previous prices and are subject to change without notice. These prices do not include shipping. Any sales tax applicable will be added to the prices.

*View Page-by-Page*     ***View All***

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 20 of 25   Document 1

# EXHIBIT B

*American Standard*
Style That Works Better

# The One Collection





The unique styling of the One collection is minimalist style for your modern bath. Without excess or ornamentation this collection's stoic lines and graceful function are the perfect fittings for a minimalist bathroom retreat. The One collection consists of bidet faucets, deck-mounted tub fillers, bathroom sink faucets, vessel faucets, bathroom accessories, and bath/shower faucets. All One collection bathroom sink and wall mounted faucets are WaterSense® certified.

Learn More about the SpeedConnect™ Drain
View Water Saving Products
Learn More about WaterSense®

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 22 of 25   Document 1

## Explore the Collection:

There are **22** products in
The One Collection.

### Product Examples:



**Compact Cadet® 3 FloWise™ 1pc Toilet w/
Seat**

**$542 - $812***

View All:          Toilets



**One Widespread Bathroom Faucet**

**$352 - $527***

View All:      Bathroom Faucets



**ONE™ Towel Ring**

**$65 - $81***

View All:      Bathroom Accessories

* based on color and finish

*American Standard*
Style That Works Better

## The One Collection

1    2

View All Products









| ONE™ 24" Towel Bar | ONE™ 18" Towel bar | ONE™ Towel Ring | ONE™ Toilet Paper Holder |
|---|---|---|---|
| $89 - $111 * | $85 - $106 * | $65 - $81 * | $63 - $79 * |



















| ONE™ Robe Hook | One Deck Mount Tub Filler | One Fixture-Mounted Bidet Fitting Faucet | One Widespread Bathroom Faucet |
|---|---|---|---|
| $37 - $46 * | $490 - $920 * | $446 - $835 * | $352 - $527 * |





| One 2 Handle Wall Mount Lavatory Faucet | One 1 Handle Wall Mount Lavatory Faucet | One Single Control Vessel Lavatory Faucet | One Bath / Shower Trim Kit with Built-In Diverter |
|---|---|---|---|
| $352 - $527 * | $352 - $527 * | $298 - $487 * | $298 - $447 * |

* based on color and finish

1    2

View All Products

**REFINE YOUR SEARCH**

All Categories

One

Low price range

High price range

Keyword

**SEARCH**

### The One Collection

The unique styling of the One collection is minimalist style for your modern bath. Without excess or ornamentation this collection's stoic lines and graceful function are the perfect fittings for a minimalist bathroom retreat. The One collection consists of bidet faucets, deck-mounted tub fillers, bathroom sink faucets, vessel faucets, bathroom accessories, and bath/shower faucets. All One collection bathroom sink and wall mounted faucets are WaterSense® certified.

Learn more about The One Collection

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 24 of 25   Document 1

*American Standard*
Style That Works Better

## The One Collection

1   2

View All Products




**One Monoblock Bidet Fitting Faucet**

**$278 - $418 ***



**One Single Control Lavatory Faucet**

**$32 - $406 ***



**One Bath / Shower Trim Kit**

**$170 - $405 ***



**One Complete Hand Shower Kit**

**$244 - $365 ***





**ONE 2-Handle Thermostatic Valve Trim Kit**

**$192 - $288 ***



**Valve Only Trim Kit with Built-in Diverter**

**$190 - $285 ***



**ONE Central Thermostatic Valve Trim Kit**

**$133 - $198 ***



**One Brass Tub Spout**

**$80 - $120 ***



**ONE Diverter Valve Trim Kit**

**$75 - $113 ***



**ONE On / Off Volume Control Valve Trim Kit**

**$50 - $75 ***

* based on color and finish

1   2

View All Products

**REFINE YOUR SEARCH** 

All Categories

One

Low price range

High price range

Keyword

**SEARCH**

### The One Collection

The unique styling of the One collection is minimalist style for your modern bath. Without excess or ornamentation this collection's stoic lines and graceful function are the perfect fittings for a minimalist bathroom retreat. The One collection consists of bidet faucets, deck-mounted tub fillers, bathroom sink faucets, vessel faucets, bathroom accessories, and bath/shower faucets. All One collection bathroom sink and wall mounted faucets are WaterSense® certified.

Learn more about The One Collection

1 of 1                                                                                     2/6/2009 4:29 PM

Case 2:09-cv-00711-JPS   Filed 07/20/09   Page 25 of 25   Document 1